# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 14, 2014

Rehearing No. 604

146440(130)(131)(132)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

INTERNATIONAL BUSINESS MACHINES
CORPORATION,
        Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

_____/

SC: 146440
COA: 306618
Court of Claims: 11-000033-MT

      On order of the Court, the motion for immediate consideration is GRANTED.  It is further ordered that the motion for rehearing and the motion to stay are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 14, 2014



Clerk